FILED BY _____ D.C.

JUN 03 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA                CASE # __16 CR 60146 DTKH__

VS

__Alan Koslow__                          PRISONER # __13428-104__

*****************************************************************

TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT. PIERCE
*****************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: __06-02-16__

2) LANGUAGE(S) SPOKEN: __English__

3) OFFENSE(S) CHARGED: __18 USC 1955    18 USC 2320__

4) U.S. CITIZEN   [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: __05/26/1954__

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
   [✓] INDICTMENT
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: __S/FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [✓] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: _____   DATE: __6-02-16__

9) AGENCY: __FBI__   PHONE: _____