UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60146-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALAN KOSLOW
SUSAN MOHR,
    Defendants.
------------------------------------------/

## ORDER DECLINING ASSIGNMENT AND DIRECTING THE CLERK TO REASSIGN THE CASE

**THIS CAUSE** comes before the court upon assignment of the above captioned case to this division. However, the receiving Judge has taken senior status and will be out of the district for a substantial period of time. In the interest of justice, it is

**ORDERED** and **ADJUDGED** that the undersigned declines assignment of the above captioned case and refer this matter to the Clerk of Court for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of June, 2016.

_____
Daniel T. K. Hurley
United States District Judge

**Copy furnished:**
All Parties of Record