UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,
-vs-

CASE NUMBER: 0:16-cr-60146-WPD
JUDGE: DIMITROULEAS
MAGISTRATE JUDGE: SNOW

ALAN KOSLOW,
    Defendant.
_____/

NOTICE OF UNAVAILABILITY

TO THE CLERK OF THE ABOVE COURT:

NOTICE IS HEREBY GIVEN that the undersigned attorney will be unavailable for deposition, court hearings or trial on the following dates:

**JUNE 23, 2016 THROUGH JULY 7, 2016**

DATED this 11TH day of June, 2016.

    MICHAEL D. ORENSTEIN, ESQUIRE
    Attorney for Defendant
    3864 Sheridan Street
    Hollywood, Florida 33021
    (954) 963-0100

BY: _____
    MICHAEL D. ORENSTEIN, ESQUIRE
    FL BAR NO: 472890

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by HAND/MAIL/E-FILE to: CLERK OF COURT & OFFICE OF THE UNITED STATES ATTORNEY, United States District Court, Ft. Lauderdale, Florida, this _____ day of June, 2016.

BY: _____
    MICHAEL D. ORENSTEIN, ESQUIRE

-1-